IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNION PACIFIC RAILROAD COMPANY, | ) ) ) | Case No. 8:12CV369 |
| Plaintiff, | ) ) | |
| vs. | ) ) | **ORDER** |
| PRO SANDS PROCESSING, LLC, | ) ) | |
| Defendant. | ) | |

Upon notice of settlement given to the magistrate judge by Kyle Wallor, counsel for Plaintiff,

**IT IS ORDERED:**

1.  On or before **April 15, 2013,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to Chief District Judge Laurie Smith Camp, at smithcamp@ned.uscourts.gov,  a draft order which will fully dispose of the case;

2.  Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3.  The Rule 26(f) report deadline set for March 13, 2013, is cancelled upon the representation that this case is settled.

Dated: February 12, 2013.

BY THE COURT:


s/ F.A. Gossett, III
United States Magistrate Judge